COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER WITHDRAWING MEDIATION ORDER

Cause number:     01-14-00351-CV

Style:     James W. Paulsen v. Ellen A. Yarrell

Date motion filed:     October 10, 2014

Type of Motion:     Objection to Mediation

Party filing motion:     Appellee

Appellee has objected to mediation. The Mediation Order dated October 9, 2014 is withdrawn.

Judge's signature: /s/ Michael Massengale
                   Justice Michael Massengale
                   x   Acting individually

Date:  October 15, 2014

\*      Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief. *See* TEX. R. APP. P. 10.3(a).

**Note**:     Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing. TEX. R. APP. P. 10.4(a).